NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DEE MONBO, aka Deafueh Monbo,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2025-1322

---

Appeal from the United States Court of Federal Claims in No. 1:24-cv-00890-RAH, Judge Richard A. Hertling.

---

**O R D E R**

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52 (a) (1) and to file the required Statement Concerning Discrimination, it is

2                                                    MONBO V. US

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.


FOR THE COURT


February 11, 2025
Date

Jarrett B. Perlow
Clerk of Court